**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DENNIS OBADO,

                Plaintiff,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                Defendant.

Civil Action No. 23-cv-02408 (GC) (DEA)

**MEMORANDUM & ORDER**

**CASTNER, District Judge**

    Plaintiff Dennis Obado ("Obado") is a resident of New Brunswick, New Jersey, proceeding *pro se* against United States Citizenship and Immigration Services. (*See* ECF 1.) Obado has also filed a May 11, 2023 application to proceed *in forma pauperis*. (*See* ECF 5.)

    The application to proceed *in forma pauperis* will be denied without prejudice because the application is incomplete. For example, on the second page, nothing is listed for "Total monthly income" nor for "Gross monthly pay." (ECF No. 5 at 2.) While Obado has written that he is "c[h]ronically unemployed," these boxes on the application and other relevant information requested must still be completed for this Court to consider whether Plaintiff is in fact indigent. Because the application to proceed *in forma pauperis* is incomplete, this Court will also administratively terminate this case for docket management purposes. Obado may seek to reopen this action by either paying the $402.00 filing fee or submit a complete application to proceed *in forma pauperis* within the time specified in this Memorandum & Order.

IT IS on this 25th day of May, 2023, ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is DENIED without prejudice.

2. The Clerk's Office is directed to administratively TERMINATE this case; Obado is informed that administrative termination is not a "dismissal" for purposes of the statute of limitations, and that if the case is reopened, it is not subject to the statute of limitations time bar provided the original complaint was timely.

3. Obado may have the above-entitled case reopened, if, within thirty (30) days of the date of the entry of this Order, he either pre-pays the $402 filing fee ($350 filing fee plus $52 administrative fee) or submits to the Clerk a proper complete *in forma pauperis* application.

4. Upon receipt of a writing from Plaintiff stating that he wishes to reopen this case and a proper complete *in forma pauperis* application or filing fee within the time allotted by this Court, the Clerk will be directed to reopen this case.

5. The Clerk shall serve on Plaintiff by regular U.S. mail: (1) this Memorandum & Order; and (2) a blank form application to proceed *in forma pauperis*.

*/s/ Georgette Castner*
GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE